# Third District Court of Appeal

## State of Florida

Opinion filed January 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0805
Lower Tribunal No. 19-30995
_____

**Stephanie Shojaee,**
Appellant,

vs.

**Anibal J. Duarte-Viera, P.A., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

White & Case LLP, and Raoul G. Cantero and Torri Macarages, for appellant.

Heise Suarez Melville, P.A., and Thomas S. Ward, Luis E. Suarez and Patricia Melville, for appellee.

Before EMAS, SCALES and HENDON, JJ.

PER CURIAM.

Appellant Stephanie Shojaee, a non-party to the underlying lawsuit, challenges a March 31, 2023 discovery order compelling the continuation of Shojaee's deposition.[1] Discerning no abuse of discretion,[2] we affirm the challenged order.

Affirmed.

---

[1] See United Servs. Auto. Ass'n v. Law Offices of Herssein & Herssein, P.A., 233 So. 3d 1224, 1230 n.6 (Fla. 3d DCA 2017).

[2] See Varela v. OLA Condo. Ass'n, 279 So. 3d 266, 267 (Fla. 3d DCA 2019).